UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

James C Mac Vicar
Linda J Mac Vicar

Case No.:  09 B 45924

Chapter:  13

Debtor(s) | Judge Manuel Barbosa

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:**  Glenn B. Stearns, Chapter 13 Trustee,  4343 Commerce Court, Suite 120, Lisle, IL 60532
James C Mac Vicar,  Linda J Mac Vicar , Debtor(s), 1121 Emerald Dr,  Aurora,  IL  60506
Derrick Hager, Attorney for Debtor(s),  1525 Kautz Road, West Chicago, IL 60185

You are hereby notified that GMAC MORTGAGE LLC, AS SERVICER FOR U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2006KS9 has made post-petition advances of $50.00 in relation to the mortgage it services and these amounts have been added to the note and mortgage obligation pursuant to the terms of the note and mortgage.

You are hereby notified that debtor(s) is(are) due to GMAC MORTGAGE LLC, AS SERVICER FOR U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2006KS9 for the contractual mortgage payment due 12/01/10. As of the 12/14/10 Trustee's Notice of Final Mortgage Cure, Debtor owes for the 12/01/10 post-petition mortgage payments, with the 01/01/11 coming due.  The current mortgage payment amount due each month is $2,483.55.  As Debtor has failed to maintain post-petition payments, the current provision of the plan regarding reinstatement does not apply and any outstanding pre-petition amounts also remain due.

Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 03/06/11, GMAC MORTGAGE LLC, AS SERVICER FOR U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2006KS9's rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on February 4, 2011.

    /s/ Jose Moreno
    Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900

Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Cari A. Kauffman ARDC#6301778
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE ( 14-09-41340)**

NOTE: This law firm is deemed to be a debt collector.